Motion, insofar as it seeks leave to appeal from the May 2016 Appellate Division order reversing the June 2015 Supreme Court order and remitting to Supreme Court for a hearing, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

DAVID SILVERMAN et al., Appellants, v GERALD A. DOELL, Respondent.

Submitted August 29, 2016; decided November 21, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MARC STARR, Appellant, v FUOCO GROUP LLP et al., Defendants, and EUREKA CAPITAL MARKETS, LLC, et al., Respondents.

Submitted August 29, 2016; decided November 21, 2016

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution and the stipulation does not qualify as a final judgment within the meaning of CPLR 5602 (a) (1) (ii) to bring up for review the prior nonfinal Appellate Division order because it was entered into without prejudice.

MARC STARR, Appellant, v FUOCO GROUP LLP et al., Defendants, and EUREKA CAPITAL MARKETS, LLC, et al., Respondents.

Submitted September 12, 2016; decided November 21, 2016

Motion by Public Investors Arbitration Bar Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

[66 NE3d 1088, 44 NYS3d 370]

ACE FIRE UNDERWRITERS INSURANCE COMPANY, Care of Sedgwick CMS, Appellant, v SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent.

Argued October 19, 2016; decided November 22, 2016

